In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted April 23, 2012; decided June 12, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of BENJAMIN V.R. CONLON, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Decided June 12, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of VICTOR ALTHEUS DEPONCEAU, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Decided June 12, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.